IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM AARON BITTICK,<br><br>    *Defendant.* | CRIMINAL ACTION NO.<br>5:22-cr-00024-TES-CHW-1 |

**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
IN THE INTERESTS OF JUSTICE**

Before the Court is an Unopposed Motion to Continue [Doc. 16] filed by Defendant William Aaron Bittick. On May 19, 2022, the Government obtained a one-count indictment charging Defendant with Possession of a Firearm by a Convicted Felon. [Doc. 1, p. 1]. He pled "Not Guilty" on May 19, 2022. [Doc. 12].

Defendant seeks a continuance because he needs more time to review discovery. [Doc. 16, p. 2]. Accordingly, the Court **GRANTS** the Defendant's Unopposed Motion to Continue [Doc. 16], and this case and its pretrial conference are **CONTINUED** to the Court's next regularly scheduled Trial Term—August 8, 2022. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 30th day of June, 2022.

                                                  S/ Tilman E. Self, III
                                                  **TILMAN E. SELF, III, JUDGE**
                                                  **UNITED STATES DISTRICT COURT**