# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | No. 5:22-CR-24-CAR-CHW |
| **WILLIAM AARON BITTICK,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL

Currently before the Court is Defendant William Bittick's Unopposed Motion to Continue [Doc. 35] the trial which is set to begin on June 19, 2023, in Macon, Georgia. On May 10, 2022, the Grand Jury returned an indictment charging Defendant with Possession of a Firearm by a Convicted Felon. On May 19, 2022, Defendant was arrested, appointed counsel, pled not guilty at his arraignment, and released on an unsecured bond.

In the Motion, Defense Counsel represents additional time is needed to review discover, further investigate the case, and engage in plea negotiations. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, Defendant's Unopposed Motion to Continue [Doc. 35] is **GRANTED**, and **IT IS HEREBY**

**ORDERED** that this case be continued until the August 7, 2023 term of Court for the Macon Division. The Court expects Defendant to be prepared to either plea or go to trial during the August term of Court. Any further requests for a continuance will be closely scrutinized. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 10th day of May, 2023.

s/ C. Ashley Royal_____<br>
C. ASHLEY ROYAL, SENIOR JUDGE<br>
UNITED STATES DISTRICT COURT